160 A.3d 777

**PHOENIXVILLE FEDERAL BANK & TRUST, Respondent**

v.

**Francis J. PULEO d/b/a RFJ & Associates and Triple T Farms, Petitioners**

**No. 507 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.